JACOB REICHERT, Respondent, v. EDWARD A. McQUADE and JOHN H. McQUADE, etc., Defendants. JAMES A. McQUADE, Appellant.— Motion for reargument granted, and, upon such reargument, and the receipt in evidence of the notice

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

of protest of the note in suit, the judgment and order appealed from are unanimously affirmed, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.